UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:08-CV-53-BO

| | |
|---|---|
| Thomas E. Evans,        ) | |
|     Plaintiff,        ) | |
|                       ) | |
| v.        ) | **JUDGMENT** |
|                       ) | |
| East Carolina University,        ) | |
|     Defendant.        ) | |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion to Dismiss is GRANTED with respect to both Plaintiff's First and Second Causes of Action. (BOYLE, J)

**This Judgment Filed and Entered on October 23, 2008, and Copies To:**

Thomas E Evans
4 Pinnacle Point
Clayton, NC 27527

Thomas J. Ziko/Katherine A. Murphy
NC Department of Justice
P.O. Box 639
Raleigh, NC 27602


October 23, 2008                                        /s/ Dennis P. Iavarone,
                                                                    Clerk of Court